akerman

Scott M. Kessler

Akerman LLP
520 Madison Avenue
20th Floor
New York, NY 10022

D: 212 880 3874
T: 212 880 3800
F: 212 880 8965
DirF: 212 905 6411
Scott.Kessler@akerman.com

February 16, 2021

Honorable Steven I. Locke
United States Magistrate Judge
United States District Court, Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

**Re:** ***Sea Tow Services International, Inc. v. Tampa Bay Marine Recovery, Inc., et. al.*;**
**Case No.: 2-20-CV-02877-JS-SIL**
**Request for Extension of Time to Serve Reply in Further Support of Motion for Protective Order and to File the Bundle of Papers**

Dear Judge Locke:

We, with Stein Law, P.C. our co-counsel, represent Plaintiff Sea Tow Services International, Inc. ("Sea Tow") in the above-referenced case. Pursuant to Your Honor's January 20, 2021 Electronic Order Granting Motion for Amended Briefing Schedule with respect to Plaintiff's Motion for Protective Order, the deadline for Sea Tow to serve its one reply in further support of its Motion for Entry of Protective Order (governing use and disclosure of, *inter alia*, documents containing its Know How) and to file the bundle of all papers is today, February 16, 2021. We respectfully request an extension of time of three (3) days to serve our reply and file the bundle of all papers through Friday, February 19, 2021. Defendants previously offered Plaintiff an extension of time of two (2) days for Sea Tow to file its reply when Sea Tow previously consented to Defendants' request for two (2) additional days to serve their opposition papers. We now respectfully request an extension of three (3) days to serve the reply and bundle file the motion papers. Due to the timing of this request, Plaintiffs were not able to seek Defendants' consent to the one (1) additional day beyond the two (2) to which they have already consented.

Should Your Honor deem it necessary, we remain ready, willing and able to discuss the matter further. We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Scott M. Kessler*

Scott M. Kessler

cc: All Defendants via CM/ECF notification