| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE<br>           U.S. MAGISTRATE JUDGE | DATE: 10/16/23<br>TIME: 1:30 pm |

CASE:  CV 20-2877 (NRM) Sea Tow v. Tampa Bay Marine Recovery et al

TYPE OF CONFERENCE: MOTION                                     FTR: 1:31-1:56

APPEARANCES:

   For Plaintiff:   Mitch Stein, Kevin Shelley
                    Steve Altman

   For Defendant:   Paul Punzone John Carrol

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   The court has adopted and So Ordered the joint proposed scheduling order [   ] submitted by the parties.

☒   Other: Outgoing Plaintiff's counsel Steven Altman's motion to withdraw, DE [241], is granted on consent of all sides. The Court acknowledges that there may be future motion practice on this subject. The Jaeger Defendants' Second Motion to Compel, DE [242], is granted. Plaintiffs are ordered to produce everything identified on page 3 of the letter motion, acknowledging that at least some of the documents at issue have recently been produced, but not reviewed. Defendants will review these documents with an eye toward a meet and confer about what remains outstanding so that outstanding issues can be narrowed and then addressed at the next status conference on December 11, 2023 at 2:00pm.

**COURT APPEARANCES:**

The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

   12/11/23 at 2:00 pm           : Status conference

                                         SO ORDERED

                                         /s/Steven I. Locke
                                         STEVEN I. LOCKE
                                         United States Magistrate Judge