**UNITED STATES DISTRICT COURT**                        **CIVIL CONFERENCE**
**EASTERN DISTRICT OF NEW YORK**                        **MINUTE ORDER**

BEFORE: STEVEN I. LOCKE                                  DATE: 7/27/26
           U.S. MAGISTRATE JUDGE                    TIME:  11:15 am

**CASE:  CV 20-2877(WFK)  Sea Tow Services International v. Tampa Bay Marine Recovery**
TYPE OF CONFERENCE:  STATUS                              FTR: 11:11-11:55

APPEARANCES:
      For Plaintiff:   <u>Mitchell Stein</u>

      For Defendant: <u>Brian Looser</u>

**THE FOLLOWING RULINGS WERE MADE:**

☒    Other:   Status conference held.  Regarding the issues raised in the parties July 7, 2026 letter, DE [318], as to the joint defense/common interest invocation, the issue is only whether a statement set forth in a June 26, 2026 letter from the Jaeger Defendants' counsel is properly admitted at trial.  This issue will be addressed at trial by the district judge.  As to the Jaeger Defendants' recent document requests, the parties will brief the single remaining issue in the three-page letters.  The Jaeger Defendants will serve their moving letter on August 14, 2026.  Opposition will be served on August 24, 2026.  The parties will file their motion papers with a courtesy copy to chambers on August 25, 2026.  As to the issue concerning the errata sheets, the issue is resolved in that any witness can sign an errata sheet before any disinterested notary public.  Whether errata sheets may be used on summary judgment or at trial will be addressed in the appropriate briefing to the district judge.  As to summary judgment scheduling and briefing, all applications will be made to the district judge.

As to expert disclosures, case-in-chief disclosures will be served on September 30, 2026.  Rebuttal expert disclosures will be served on November 30, 2026.

Other than the issues addressed above, fact discovery is closed.

                                   SO ORDERED

                                   <u>/s/Steven I. Locke</u>
                                   STEVEN I. LOCKE
                                   United States Magistrate Judge