**ROSEN KAROL SALIS PLLC**
ATTORNEYS AT LAW
110 East 59th Street, 23rd Floor
New York, New York 10022
(212) 644-6644 (Main)
(212) 644-3344 (Fax)

RICHARD L. ROSEN
LEONARD S. SALIS
JOHN A. KAROL

DENNISON D. MARZOCCO
BRIAN C. LOOSER
*ASSOCIATES*

STACY L. WEISS◊
*OF COUNSEL*

MEMBERS NY AND NJ BARS
◊ NJ BAR

September 28, 2026

**VIA ECF**
Magistrate Judge Steven I. Locke
Alfonse M. D'Amato Federal Building
United States District Court
100 Federal Plaza, Courtroom 820
Central Islip, NY 11722

**Re:** ***Sea Tow Services International, Inc. v. Tampa Bay Marine Recovery Inc. et al*****., Case No. 2:20-cv-02877 – Defendants', Counterclaimants', and Third-Party Plaintiffs' First Request for Mutual Extension of Expert Disclosure Deadlines**

Dear Judge Locke:

We represent Defendants, Counterclaimants, and Third-Party Plaintiffs Tampa Bay Marine Recovery, Inc., Erich Jaeger, and Abigail Jaeger (collectively, the "Jaegers"). We write pursuant to the Court's Individual Practice Rule 2(B) and Fed. R. Civ. P. 16(b)(4) to request that the parties' initial expert-disclosure deadline be extended from September 30, 2026 to November 10, 2026, and that their rebuttal-report deadline be extended from November 30, 2026 to February 11, 2027.

**Required Statements Under Individual Practice Rule 2(B):**

*i. The reasons for the request*

The Jaegers' damages expert requires additional time to complete his report due to unforeseen family medical circumstances and existing professional commitments. He has confirmed that he can complete the report by November 10, 2026. As a courtesy, STSI consented to the request.

In exchange for consenting to the extension of Expert Reports to November 10, 2026, STSI requested that the rebuttal-report deadline be extended to February 11, 2027 to accommodate

STSI's annual meeting and scheduling constraints during the intervening holiday period. As a courtesy, the Jaegers consented to the request. Both extensions would apply equally to both sides.

*ii. The original deadlines*

Initial expert disclosures and reports: September 30, 2026. Rebuttal expert reports: November 30, 2026.

*iii. The number of previous requests for adjournments or extensions*

None as to expert discovery. This is the first request to extend the expert-disclosure and rebuttal-report deadlines.

*iv. Whether any previous requests were granted or denied*

Not applicable. No prior extension of these deadlines has been requested.

*v. Whether the parties consent*

All parties consent to the proposed schedule.

*vi. The proposed deadlines*

Defendants, Counterclaimants and Third-Party Plaintiffs request that the deadline for initial expert disclosures and reports be extended to Tuesday, November 10, 2026, and that the deadline for rebuttal expert reports be extended to Thursday, February 11, 2027.

For the foregoing reasons, Defendants, Counterclaimants and Third-Party Plaintiffs respectfully submit that good cause exists for the requested extensions and ask the Court to approve the proposed schedule.

Respectfully submitted,

ROSEN KAROL SALIS, PLLC

By: __________/s/___________
Brian C. Looser, Esq.
*Attorney for the Jaegers*